```
1  PHILLIP A. TALBERT
   United States Attorney
2  ALEXANDRE DEMPSEY
   Assistant United States Attorney
3  MISDEMEANOR UNIT
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5

6  Attorneys for Plaintiff
   UNITED STATES OF AMERICA
7
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:22-po-00029-SAB |
|---|---|
| Plaintiff, | |
| v. | [Citation # F5444779 CA/42] |
| HONEY VANG | MOTION AND ORDER FOR DISMISSAL |
| Defendant. | |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Alexandre Dempsey, Assistant United States Attorney, hereby moves to dismiss Case No. 1:22-po-00029-SAB [Citation #s F5444779, F5444780, and F5444781 CA/14] against HONEY VANG, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: May 16, 2022              Respectfully submitted,

                                 PHILLIP A. TALBERT
                                 United States Attorney

                         By:     /s/ *Alexandre Dempsey*
                                 ALEXANDRE DEMPSEY
                                 Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED that Case No. 1:22-po-00029-SAB [Citation #s F5444779, F5444780, and F5444781 CA/14] against HONEY VANG be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:  **May 16, 2022**

UNITED STATES MAGISTRATE JUDGE